UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| VENNDA CARTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:19-CV-138-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 25]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 18], DENIES defendant's motion for judgment on the pleadings [D.E. 21 ], and REMANDS the action to the Commissioner.

**This Judgment Filed and Entered on March 1, 2021, and Copies To:**
Vaughn Stephen Clauson                    (via CM/ECF electronic notification)
Lisa M. Rayo                              (via CM/ECF electronic notification)


DATE:                                     PETER A. MOORE, JR., CLERK
March 1, 2021                             (By) /s/ Nicole Sellers
                                               Deputy Clerk